IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| RLI INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *  CIVIL ACTION 06-00027-BH-B |
| | * |
| THE MOBILE COUNTY COMMISSION | * |
| *et al.*, | * |
| | * |
| Defendants. | * |

### ORDER

This matter is before the Court on Plaintiff's Motion to Amend Rule 16(b) Scheduling Order. (Doc. 111). Upon consideration, Defendants are hereby **ORDERED** to file a response to Plaintiff's motion no later than **January 5, 2007**. Plaintiff shall file any reply by **January 10, 2007**.

DONE this **29th** day of **December 2006.**

                                                  /s/ SONJA F. BIVINS
                                                **UNITED STATES MAGISTRATE JUDGE**